■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RIVERA, Appellant. [618 NYS2d 1017] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.) rendered on or about October 2, 1992, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Carro, J. P., Wallach, Kupferman, Ross and Williams, JJ.

■ YVONNE BARKLEY, Appellant, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents. [618 NYS2d 1018] —Appeal from an order, Supreme Court, New York County (Eugene Nardelli, J.), entered March 22, 1993, which denied plaintiff's motion to reargue a prior order, entered June 18, 1991, granting defendants' motion to dismiss the complaint, unanimously dismissed, without costs.

Plaintiff did not present new facts or newly decided case law in her motion to renew and reargue; therefore, the IAS Court properly characterized the motion as one for reargument *(Bowen v Sherwood Sec. Corp.,* 189 AD2d 592), the denial of which is non-appealable. Concur—Carro, J. P., Wallach, Kupferman, Ross and Williams, JJ.